**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION**

| | | |
|---|---|---|
| Mitchell David Holbach, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Leanne Bertsch, Don Redmann, | ) | |
| Bill Harris, Tyler Falk, | ) | |
| | ) | Case No.  1:09-cv-014 |
| Defendants. | ) | |

_____

Previously, the court directed the Clerk's office to serve copies of the summons and complaint on the defendants. The Clerks' office forwarded a request for waiver of service to the North Dakota Attorney General. On May 1, 2009, waivers of service for were returned for defendants Bertsch, Redmann, and Falk. On June 2, 2009, the State of North Dakota filed an answer to the Plaintiff's complaint on behalf of defendants Bertsch, Redmann, and Falk.

If the plaintiff wishes to proceed with his claims against defendant Harris, he is to provide to the Clerk's office by July 10, 2009, contact information for defendant Harris.

**IT IS SO ORDERED.**

Dated this 23rd day of June, 2009.

>                          */s/  Charles S.  Miller, Jr.*
>                          Charles S.  Miller, Jr.
>                          United States Magistrate Judge