**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Mitchell David Holbach, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION** |
| | ) | **PRO HAC VICE** |
| vs. | ) | |
| | ) | |
| Leann Bertsch, Don Redmann, Bill Harris, and Tyler Falk, | ) ) | |
| | ) | Case No. 1:09-cv-014 |
| Defendants. | ) | |

Before the court is Defendant Bill Harris's Motion for attorney Stephanie A. Joyce to appear *pro hac vice* on his behalf. Ms. Joyce has paid the required admission fees to the office of the Clerk. Defendant Bill Harris's motion (Docket No. 23) is **GRANTED**. Ms. Joyce is admitted to practice before this court in the above-entitled action on behalf of Defendant Bill Harris.

**IT IS SO ORDERED.**

Dated this 7th day of July, 2009.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge